IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Curry, Eddie

Printed: 01/22/09

Case Number: 04 B 03932
Judge: Wedoff, Eugene R
Filed: 2/3/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: December 18, 2008
Confirmed: May 6, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 34,131.00 |  |
| Secured: |  | 13,274.95 |
| Unsecured: |  | 19,104.26 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,751.28 |
| Other Funds: |  | 0.51 |
| Totals: | 34,131.00 | 34,131.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Option One Mortgage Corp | Secured | 0.00 | 0.00 |
| 2. | Milgor Auto Sales | Secured | 0.00 | 0.00 |
| 3. | Beverly Bus Garage Fed CU | Secured | 0.00 | 0.00 |
| 4. | Option One Mortgage Corp | Secured | 13,274.95 | 13,274.95 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 2,596.64 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 225.21 | 210.14 |
| 7. | Comcast Cablevision | Unsecured | 122.53 | 786.71 |
| 8. | Commonwealth Edison | Unsecured | 861.71 | 5,532.38 |
| 9. | Midwestern Telecommunications | Unsecured | 28.75 | 184.59 |
| 10. | Illinois Dept Of Healthcare And Family | Unsecured | 50.14 | 0.00 |
| 11. | Illinois Dept Of Healthcare And Family | Unsecured | 183.90 | 0.00 |
| 12. | Beverly Bus Garage Fed CU | Unsecured | 1,911.43 | 12,272.65 |
| 13. | Fairview Property Tax Recovery | Unsecured | 18.35 | 117.79 |
| 14. | Illinois Dept Of Public Aid | Unsecured |  | No Claim Filed |
| 15. | AT&T | Unsecured |  | No Claim Filed |
| 16. | Exelon | Unsecured |  | No Claim Filed |
| 17. | Christ Hospital | Unsecured |  | No Claim Filed |
| 18. | Exelon | Unsecured |  | No Claim Filed |
| 19. | Illinois Dept Of Public Aid | Unsecured |  | No Claim Filed |
| 20. | Annie Bowman | Unsecured |  | No Claim Filed |
| 21. | Carsons | Unsecured |  | No Claim Filed |
| 22. | AT&T | Unsecured |  | No Claim Filed |
| 23. | Illinois Dept Of Public Aid | Unsecured |  | No Claim Filed |
| 24. | NBGL-Carsons | Unsecured |  | No Claim Filed |
| 25. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 26. | Commonwealth Edison | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Curry, Eddie

Printed: 01/22/09

Case Number:  04 B 03932
Judge:  Wedoff, Eugene R
Filed:  2/3/04

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
|  |  | $ 19,273.61 | $ 32,379.21 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 197.92 |
| 6.5% | 363.12 |
| 3% | 64.08 |
| 5.5% | 306.56 |
| 5% | 119.68 |
| 4.8% | 165.98 |
| 5.4% | 508.99 |
| 6.6% | 24.95 |
|  | $ 1,751.28 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

